UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRYAN BYERS, individually, and on behalf of all others similarly situated, | No. 2:21-cv-05644-ALM-EPD |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| GVMRE LLC D/B/A REMAX CONNECTION REALTORS, an Ohio company, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Plaintiff Bryan Byers hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED this 10th day of June, 2022.

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian Giles
brian@gilesfirm.com
LAW OFFICES OF BRIAN T. GILES, LLC
1470 Apple Hill Rd.,
Cincinnati, OH 45230
Telephone: (513) 379-2715

*Attorneys for Plaintiff and the putative Class*

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*