UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRYAN BYERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GVMRE LLC D/B/A REMAX CONNECTION REALTORS, an Ohio company,<br><br>Defendants. | No. 2:21-cv-05644-ALM-EPD<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Bryan Byers hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 21st day of July, 2022.

Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian Giles
brian@gilesfirm.com
LAW OFFICES OF BRIAN T. GILES, LLC
1470 Apple Hill Rd.,
Cincinnati, OH 45230
Telephone: (513) 379-2715

*Attorneys for Plaintiff and the putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*